UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No.   5:26-cv-03681-FWS-PD                    Date: August 3, 2026

Title   *Jan Anne Flores Hernandez v. Warden*

Present:  The Honorable:  Patricia Donahue, United States Magistrate Judge

| Isabel Verduzco | N/A |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

Attorneys Present for Petitioner:      Attorneys Present for Respondents:

N/A                                   N/A

**Proceedings (In Chambers):      Order Setting Hearing on Habeas Petition**

The Court sets a hearing on the Habeas Petition for **August 5, 2026** at 11:00 a.m. via Zoom.  The Zoom information will be sent to the parties' counsel.

**IT IS SO ORDERED**.