JS-6

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

JAN ANNE FLORES HERNANDEZ,
Petitioner,
v.
WARDEN, Adelanto ICE Processing Center,
Respondent.

Case No. 5:26-cv-03681-PD

**JUDGMENT**

**A# 203-707-271**

Pursuant to the Order Granting in Part Petition for Writ of Habeas Corpus and Ordering Release, IT IS ADJUDGED that the Petition is granted as to Claim One under due process, and the remaining claims are dismissed without prejudice.

The Clerk of the Court is directed to close this case.

DATED: August 10, 2026

Patricia Donahue
United States Magistrate Judge